**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1025**

JOSEPH PIRELA,

Plaintiff - Appellant,

v.

JEFF ATKIN, Clerk of Court, Supreme Court of the United States, Case No. 177-M53 Appeal; ILEANA ROS-LEHTINEN; HOUSE OF REPRESENTATIVES, The Congress of the United States of America; HOUSE OF PROSTITUTION OF UNKNOWN BAR OF HOMOSEXUALS, (Sex Workers Transvestites-Prostitutes); ALOYMA SANCHEZ; JUDGE THOMAS WILLIAMS; MIAMI POLICE DEPARTMENT; THE STATE OF FLORIDA PROCEEDINGS PROSECUTIONS; UNKNOWN BAR OF HOMOSEXUALS; TRANSVESTITES UNKNOWN; SEX WORKERS 33 HEALTH CARE BAKER ACT OF JACKSON HOSPITAL; (4) TRANSVESTITE MATTHEW JOHN, Prostitute Homosexual; DAVID COUNTIN, (1) Client; DON SMITH; UNKNOWN TRANSVESTITE BAR PROSTITUTE OF BAR OF HOMOSEXUALS UNKNOWN, (9); DENIS FONSECA; ANGEL MIRANDA; CARLOS ALVAREZ; CITY OF MIAMI,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, Chief District Judge.  (5:17-cv-00559-D)

Submitted:  March 29, 2018                                Decided:  April 3, 2018

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Joseph Pirela, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Pirela appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Pirela v. Atkin*, No. 5:17-cv-00559-D (E.D.N.C. Dec. 28, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*